STATE v. VANSTORY

No. 158P87.

Case below: 84 N.C. App. 535.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. WHITE

No. 222A87.

Case below: 85 N.C. App. 81.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 July 1987.

STATE v. WILLARD

No. 195P87.

Case below: 84 N.C. App. 703.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 7 July 1987.

STATE v. WOODS

No. 250P87.

Case below: 85 N.C. App. 350.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

STATE v. YOUNG

No. 209P87.

Case below: 85 N.C. App. 173.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.